JS-44 **CIVIL COVER SHEET** Rev. 12/96

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

### I.
(a) **PLAINTIFF** Kelly A. Phillips

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Virginia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) ATTORNEYS (Firm name, address, phone number)
R. Christopher Jones (VSB #48433)
Bridget N. Long (VSB #42963)
Allen, Allen, Allen & Allen
106 S. Market Street
Petersburg, VA 23803
(804) 733-8753

**DEFENDANT** Covan World-Wide Moving, Inc. and Terry L. Dunn

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Dale, AL**
ATTORNEYS (Firm name, address, phone number)
D. Cameron Beck, Jr. (VSB # 39195)
Audra M. Dickens (VSB # 82379)
McCandlish Holton
P. O. Box 796
Richmond, VA 23218
(804) 775-3100

### II. JURISDICTION
(Place an "X" in one box only)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government not a party)
- [x] 4. Diversity (Indicate citizenship of parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(For diversity cases only)
(Place an "X" on one box for plaintiff and one box for defendant)

|  | PTF | DEF |
|---|---|---|
| 1. Citizen of this State | ☒ | ☐ |
| 2. Citizen of another State | ☐ | ☐ |
| 3. Citizen or Subject of a Foreign Country | ☐ | ☐ |
| 4. Incorporated *or* Principal Place of Business in this state | ☐ | ☐ |
| 5. Incorporated *and* Principal place of Business in another state | ☐ | ☒ |
| 6. Foreign nation | ☐ | ☐ |

### IV. ORIGIN
(Place an "X" in one box only)

- [ ] 1. Original Proceeding
- [x] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or reopened
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excluding Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | PERSONAL INJURY<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employer's Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury – Med. Malpractice<br>☐ 365 Personal Injury – Product Liability<br>☐ 368 Asbestos Personal Injury Liability<br>PERSONAL PROPERTY<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reappointment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agriculture Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | FEDERAL TAXSUITS | PROPERTY RIGHTS | LABOR | SOCIAL SECURITY |
|---|---|---|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>HABEUS CORPUS<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 555 Prison Condition | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS – Third Party 26 USC 7609 | ☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (405(g))<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) |

### VI. CAUSE OF ACTION
*(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.)*
*(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)*

This is a personal injury action between citizens of different states. Jurisdiction is proper pursuant to 28 USC § 1332. Plaintiff alleges personal injury while on defendant's premises.

### VII. REQUESTED IN COMPLAINT
DEMAND: $100,000.00 ☐ Check if this is a Class Action under F.R.C.P. 23
Check YES only if demanded in complaint: JURY DEMAND ☒ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See Instructions.)
JUDGE DOCKET NUMBER

### IX. DATE
June 25, 2020

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE